# United States Court of Appeals
## For the First Circuit

No. 13-1706

CORPORATE TECHNOLOGIES, INC.,

Plaintiff, Appellee,

v.

BRIAN HARNETT; ONX USA LLC, d/b/a ONX ENTERPRISE SOLUTIONS,

Defendants, Appellants.

**JUDGMENT**

Entered: September 23, 2013

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's entry of the preliminary injunction is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Bross, Mr. Finsterwald, Mr. Hart, Ms. Holland, Ms. Jordan-Price, Mr. O'Connor & Ms. Whitman.