UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORPORATE TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | CIVIL ACTION NO. |
| ) | 12-12385-DPW |
| v. ) | |
| ) | |
| BRIAN HARNETT, ) | |
| ) | |
| Defendant and ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| ONX USA LLC d/b/a ) | |
| ONX ENTERPRISE SOLUTIONS, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] CONSENT
## JUDGMENT AND PERMANENT INJUNCTION

By agreement and stipulation of the parties, it is hereby ORDERED AND ADJUDGED, as follows:

1. From the date of this Consent Judgment and Permanent Injunction (the "Consent Judgment") through March 11, 2014, Defendant Brian Harnett ("Harnett"), his agents, attorneys and all persons and entities acting in concert with him, is permanently restrained and enjoined under Fed. R. Civ. P. 65 from engaging, either directly or indirectly, in any marketing or sales efforts (including, but not limited to, submitting requests for opportunity registrations) with respect to the following entities:

   Harvard Art Museums
   Harvard Business Publishing
   Harvard Business School
   Harvard Clinical Research Institute
   Harvard Management Company, Inc.
   Harvard University[1]
   Harvard University DCE
   Harvard University Information Technology
   Liberty Mutual Insurance Company

2. From the date of this Consent Judgment through March 11, 2014, OnX and its agents, employees, attorneys, and all persons acting in concert with it, is restrained under Fed. R. Civ. P. 65 from inducing Harnett, either directly or indirectly, to engage in any marketing or sales efforts (including, but not limited to, submitting requests for opportunity registrations) with respect to the entities identified in numbered Paragraph 1 above.

3. This Consent Judgment between the parties is the full and final adjudication of this action (including without limitation all claims by Plaintiff and all counterclaims by Defendants). Each party shall bear its/his own costs and attorneys' fees.

---

[1] Harvard University shall be construed to include all entities under common contract with the University, except for Harvard Law School.

4. The Preliminary Injunction issued by this Court in this action on March 11, 2013, finalized by Memorandum and Order on May 3, 2013, is hereby dissolved and superseded by this Consent Judgment.

5. The parties waive any rights of appeal with respect to the Consent Judgment or any prior rulings or orders of this Court.

6. The Clerk shall close this case.

IT IS SO ORDERED THIS __20th__ DAY OF __December__, 2013.



The Honorable Douglas P. Woodlock
UNITED STATES DISTRICT JUDGE